**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**PHELAN HOLDINGS, INC.**,
d/b/a **PINCHER'S CRAB SHACK**,
a Florida Corporation,

      Plaintiff,

v.                    CIVIL ACTION NO. 2:11-cv-00392-CEH-DNF

**WENDY'S INTERNATIONAL, INC.**,
An Ohio corporation,
and **VARIOUS JOHN**
**DOES, JANE DOES**, and **ABC COMPANIES**,

      Defendants,
_____/

**PLAINTIFF'S RESPONSE TO COURT ORDER**

      Plaintiff, **PHELAN HOLDINGS, INC.**, by and through the undersigned counsel, hereby submits its response to the Court's Order of November 16, 2011 [Doc. 8] as follows:

      Service of the complaint herein was accepted by counsel for Defendant on November 3, 2011, within the time allotted by the rules. It was agreed by the parties that the Defendant would have 21 days to respond, thus the Defendant's answer is not due until November 25, 2011.

      For several months, the parties have been actively involved in extended good faith settlement efforts and discussions. Those efforts are still underway today.

Due to the current state of matters pertaining to settlement discussion, it is anticipated that the Defendant will file an appearance together with a motion for extension of time to answer, which will most likely be consented.

In light of the foregoing, Plaintiff believes that it has shown good cause in response to the Court's Order and thus the case should proceed forward accordingly.

        Respectfully submitted,

        /s/JENNIFER L. WHITELAW
        JENNIFER L. WHITELAW
        WHITELAW LEGAL GROUP
        Florida Bar No. 0938629
        TRIAL COUNSEL FOR PLAINTIFF
        **PHELAN HOLDINGS, INC.**,
        3838 Tamiami Trail North
        Third Floor
        Naples, Florida 34103
        Telephone:   239-262-1001
        Facsimile:   239-261-0057
        Email:   usdcmail@whitelawfirm.com