**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**PHELAN HOLDINGS, INC.**,
d/b/a **PINCHER'S CRAB SHACK**,
a Florida Corporation,

      Plaintiff,

v.                                             CIVIL ACTION NO. 2:11-cv-00392-CEH-DNF

**WENDY'S INTERNATIONAL, INC.,**
An Ohio corporation**,**
and **VARIOUS JOHN
DOES, JANE DOES**, and **ABC COMPANIES**,

      Defendants,
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT
AND/OR ADD PARTIES AND/OR DISCLOSE EXPERT REPORTS PENDING
SETTLEMENT AND MEMORANDUM IN SUPPORT**

      Plaintiff, **PHELAN HOLDINGS, INC., d/b/a PINCHER'S CRAB SHACK** (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby moves this Court for an additional extension of time of thirty (30) days within which to amend the complaint and/or add parties and/or disclose expert reports, and in support hereof states as follows:

      As has been earlier reported to the Court, the parties are in the last stages of completing what appears to be a global settlement of this case, however, there remain some limited issues which the parties are working to resolve.   The present deadline for Plaintiff to amend the complaint and/or add parties and to disclose expert reports currently expires on October 1, 2012 [Docs. 30 and 49] and will need to be extended.   Thus, an extension of

Page 1

these deadlines is required.

The granting of this motion presents no prejudice to any party and will simply assist the parties in completing the fair resolution of this case.

## COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel for the Defendant has been consulted and consents to the relief sought in this motion.

WHEREFORE, for all of the above reasons, Plaintiff respectfully requests an extension of time of an additional 30 days of the deadline to add parties and/or amend the pleadings and/or to disclose expert reports, up to and including November 1, 2012.

Respectfully submitted,

/s/JENNIFER L. WHITELAW/
JENNIFER L. WHITELAW
WHITELAW LEGAL GROUP
Florida Bar No. 0938629
TRIAL COUNSEL FOR PLAINTIFF
**PHELAN HOLDINGS, INC.**
3838 Tamiami Trail North
Third Floor
Naples, Florida 34103
Telephone:   239-262-1001
Facsimile:   239-261-0057
Email: usdcmail@whitelawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing is being provided to:

  David K. Friedland, dfk@friedlandvining.com,
  david.friedland@friedlandvining.com, court@friedlandvining.com
  Jaime Rich Vining jrv@friedlandvining.com,
  Jaime.vining@friedlandvining.com, jrichvining@gmail.com,
  David J. Stewart dstewart@alston.com
  Jessica E. Lewis jessica.lewis@alston.com, ginny.henry@alston.com
  Courtney S. Werner suzanne.werner@alston.com

on the date set forth in the electronic filing or the electronic transmission of same.

      /s/JENNIFER L. WHITELAW
      JENNIFER L. WHITELAW